IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

SCOTT JOHNSON,

               Plaintiff,                      Case No. 3:07-cv-459

vs.                                       Judge Thomas M. Rose

MICHAEL J. ASTRUE,             Chief Magistrate Judge Michael R. Merz
Commissioner of Social Security,

               Defendant.

---

**ENTRY AND ORDER OVERRULING JOHNSON'S OBJECTIONS TO
THE CHIEF MAGISTRATE JUDGE'S REPORT AND
RECOMMENDATIONS (Doc. #13); ADOPTING THE CHIEF
MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS (Doc.
#12) IN ITS ENTIRETY; ADOPTING THE COMMISSIONER'S
DECISION THAT JOHNSON IS NOT DISABLED; AND TERMINATING
THIS CASE**

---

Plaintiff Scott Johnson ("Johnson") has brought this action pursuant to 42 U.S.C. §

405(g) for judicial review of the final decision of the Defendant Commissioner of Social

Security (the "Commissioner") denying his application for Social Security Benefits. On

November 10, 2008, Chief United States Magistrate Judge Michael R. Merz filed a Report and

Recommendations (doc. #12) recommending that the Commissioner's decision that Johnson was

not disabled and, therefore, not entitled to benefits under the Social Security Act be affirmed.

Johnson subsequently filed Objections (doc. #13) and the Commissioner has not replied.

Based upon the reasoning and citations of authority set forth in the Chief Magistrate

Judge's Report and Recommendations (doc. #12) and in Johnson's Objections (doc. #13), as

well as upon a thorough de novo review of this Court's file, including the Administrative

Transcript, and a thorough review of the applicable law, this Court adopts the aforesaid Report

and Recommendations in its entirety and, in so doing, orders the entry of judgment in favor of

the Commissioner, concluding that all of the factual issues have been resolved and that the

record adequately establishes that Johnson is not entitled to benefits. Further, Johnson's

Objections to the Chief Magistrate Judge's Report and Recommendations are overruled.

In reviewing the Commissioner's decision, the Magistrate's task is to determine if that

decision is supported by "substantial evidence." 42 U.S.C. § 405(g). Under 28 U.S.C. §

636(b)(1)(C), this Court, upon objections being made to the Chief Magistrate Judge's Report and

Recommendations, is required to make a de novo review of those recommendations of the report

to which objection is made. This de novo review, in turn, requires this Court to re-examine all

the relevant evidence, previously reviewed by the Chief Magistrate Judge, to determine whether

the findings of the Commissioner are supported by "substantial evidence." *Lashley v. Secretary*

*of Health and Human Services*, 708 F.2d 1048, 1053 (6th Cir.1983); *Gibson v. Secretary of*

*Health, Education and Welfare*, 678 F.2d 653, 654 (6th Cir. 1982).

This Court's sole function is to determine whether the record as a whole contains

substantial evidence to support the Commissioner's decision. The Commissioner's findings must

be affirmed if they are supported by "such relevant evidence as a reasonable mind might accept

as adequate to support a conclusion." *Richardson v. Perales*, 402 U.S. 389, 401 (1971), citing

*Consolidated Edison Company v. NLRB*, 305 U.S. 197, 229 (1938); *Landsaw v. Secretary of*

*Health and Human Services*, 803 F.2d 211, 213 (6th Cir. 1986). Substantial evidence means such

relevant evidence as a reasonable mind might accept as adequate to support a conclusion.

*Richardson*, *supra*, at 401; *Ellis v. Schweicker*, 739 F.2d 245, 248 (6thCir. 1984). Substantial

evidence is more than a mere scintilla, but only so much as would be required to prevent a

directed verdict (now judgment as a matter of law) against the Commissioner if this case were

being tried to a jury. *Foster v. Bowen*, 853 F.2d 483, 486 (6th Cir. 1988); *NLRB v. Columbian*

*Enameling and Stamping Company*, 306 U.S. 292, 300 (1939).

To be substantial, the evidence "must do more than create a suspicion of the existence of

the fact to be established... [I]t must be enough to justify, if the trial were to a jury, a refusal to

direct a verdict when the conclusion sought to be drawn from it is one of fact for the jury."

*LeMaster v. Secretary of Health and Human Services*, 802 F.2d 839, 840 (6th Cir.1986), quoting

*NLRB v. Columbian Enameling and Stamping Company*, *supra*.

In determining whether the Commissioner's findings are supported by substantial

evidence, the Court must consider the record as a whole. *Hepner v. Mathews*, 574 F.2d 359 (6th

Cir. 1978); *Ellis, supra; Kirk v. Secretary of Health and Human Services*, 667 F.2d 524, 536 (6th

Cir. 1981); *Houston v. Secretary of Health and Human Services*, 736 F.2d 365 (6th Cir. 1984);

*Garner v. Heckler*, 745F.2d 383 (6th Cir. 1984). However, the Court may not try the case de

novo, resolve conflicts in evidence or decide questions of credibility. *Garner*, *supra*. If the

Commissioner's decision is supported by substantial evidence, it must be affirmed, even if the

Court as a trier of fact would have arrived at a different conclusion. *Elkins v. Secretary of Health*

*and Human Services*, 658 F.2d 437, 439 (6th Cir.1981).

The issue upon review of the decision of the Administrative Law Judge is not whether

there exists substantial evidence of disability. The issue is whether the record contains

substantial evidence to support the Commissioner's finding of non-disability. In this matter, the

finding of non-disability is so supported.

WHEREFORE, based upon the aforesaid, Johnson's Objections to the Chief Magistrate

Judge's Report and Recommendations (doc. #13) are OVERRULED, and this Court adopts the

Report and Recommendations of the Chief United States Magistrate Judge (Doc. #12) in its

entirety. The Commissioner's decision that Johnson is not disabled is AFFIRMED.

The captioned cause is hereby ordered terminated upon the docket records of

the United States District Court for the Southern District of Ohio, Western Division,

at Dayton.

**DONE** and **ORDERED** in Dayton, Ohio, this Sixth day of January, 2009.

.                                                                 **s/Thomas M. Rose**

                                                    _____

                                                    JUDGE THOMAS M. ROSE
                                                    UNITED STATES DISTRICT COURT


Copies furnished to:

Counsel of Record